IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

STACIE COLLINS
ADC #712348                                                                    PLAINTIFF

v.                      No. 5:14-cv-399-DPM-BD

MAYES, Drill Instructor,
Tucker Unit Boot Camp Program                                                  DEFENDANT

ORDER

Unopposed recommendation, № 5, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes).

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

30 December 2014