IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

STACIE COLLINS
ADC #712348                                                    PLAINTIFF

v.                          No. 5:14-cv-399-DPM

MAYES, Drill Instructor,
Tucker Unit Boot Camp Program                                  DEFENDANT

## JUDGMENT

Collins's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

30 December 2014